IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00085-PSF-MEH

MARISSA M. FREEMAN, an individual,

      Plaintiff,

v.

TACO BELL CORPORATION,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 5, 2007.**

      Based upon the parties' agreement, and the entire record herein, the Joint Stipulated Motion for Protective Order [Filed June 4, 2007; Docket #26] is **granted**.  The Court will sign the Protective Order and enter it on the record.