IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00085-PSF-MEH

MARISSA M. FREEMAN, an individual,

    Plaintiff,

v.

TACO BELL CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal (Dkt. # 36) filed by the parties, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney's fees, in their entirety.

DATED: September 17, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge